UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS POTTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:04-1147 ) Judge Echols ) |
| CENTEX HOMES, | ) ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Centex Homes' Motion for Summary Judgment (Docket Entry No. 14) is hereby DENIED. This case is returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE